United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 25, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30564 c/w
No. 04-30566
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEVON FREDERIC ARMOUR; RASHAD DARNELL SMITH,

Defendants-Appellants.

--------------------
Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 1:04-CR-10001-2
--------------------

Before DAVIS, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsels for Jevon Frederic Armour and
Rashad Darnell Smith have requested leave to withdraw and have
filed briefs as required by Anders v. California, 386 U.S. 738
(1967). Our independent review of counsels' briefs, Smith's
responses, and the records discloses no nonfrivolous issue for
appeal. Counsels' motions for leave to withdraw are GRANTED,
counsels are excused from further responsibilities, and the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeals of Armour and Smith are DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

Smith's motion to appoint substitute counsel is DENIED.